McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 8744 Vytina Drive, Elk Grove, CA | 2:18-SW-0226 EFB, |
| 10170 Patti Way, Elk Grove, CA | 2:18-SW-0227 EFB, |
| 7960 Tierra Glen Way, Sacramento, CA | 2:18-SW-0228 EFB, |
| 9043 Pembridge Drive, Elk Grove, CA | 2:18-SW-0229 EFB, |
| 9445 Medstead Way, Elk Grove, CA | 2:18-SW-0230 EFB, |
| 7661 Fey Way, Elk Grove, CA | 2:18-SW-0231 EFB, |
| 8061 Maybelline Way, Sacramento, CA | 2:18-SW-0232 EFB, |
| 8885 Monterey Oaks Drive, Elk Grove, CA | 2:18-SW-0233 EFB, |
| 4713 Laguna West Way, Elk Grove, CA | 2:18-SW-0234 EFB, |
| 6426 Fuego Way, Elk Grove, CA | 2:18-SW-0235 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS       1

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE